# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 27 MM 2023

Respondent      :

v.      :

PAUL JACKSON HENRY, III,      :

Petitioner      :

## ORDER

**PER CURIAM**

**AND NOW**, this 27th day of June, 2023, in consideration of the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc,* this matter is REMANDED to the Court of Common Pleas of York County to determine whether Petitioner's allocatur rights should be reinstated *nunc pro tunc*. *See* Pa.R.A.P. 1113(d) (with respect to a request for reinstatement of allocatur rights, providing that, "[i]f the Court cannot determine whether *nunc pro tunc* relief is appropriate from the information provided, the Court may remand to the trial court for factual findings").

In the event Petitioner's allocatur rights are reinstated, the Court of Common Pleas of York County is to resolve related issues, including whether to appoint counsel for purposes of allocatur review or to permit Petitioner to proceed *pro se*. *See* Pa.R.Crim.P. 122(B)(2) and Comment (specifying that the duty of representation continues through review in the Pennsylvania Supreme Court); *see also Commonwealth v. Grazier*, 713 A.2d 81 (Pa. 1998) (explaining that an on-the-record determination must be made as to

whether a criminal defendant's request to proceed *pro se* is knowing, intelligent, and voluntary).

The Court of Common Pleas of York County is to enter its order within 90 days and to promptly inform this Court of its determination.